IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR150 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER BLACK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Jessica P. Douglas and the Office of the Federal Public Defender to withdraw as counsel (Filing No. 320). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Jessica P. Douglas and the Office of the Federal Public Defender are deemed withdrawn as counsel of record for defendant.

DATED this 26th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court