IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:00CR150 |
| v. | ) | |
| CHRISTOPHER BLACK, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the motion of Cathy R. Saathoff to withdraw as counsel (Filing No. 340). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Cathy R. Saathoff is deemed withdrawn as counsel of record for defendant.

DATED this 20th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court